[No. 37850-7-II. Division Two. September 22, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. OVIDIO PEREZ, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 07-1-02106-0, Barbara D. Johnson, J., entered June 4, 2008. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Houghton, J., concurred in by Van Deren, C.J., and Bridgewater, J.

[No. 38247-4-II. Division Two. September 22, 2009.]

WASHINGTON IMAGING SERVICES, LLC, *Appellant*, v. THE DEPARTMENT OF REVENUE, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 07-2-01908-9, Gary R. Tabor, J., entered August 15, 2008. *Reversed* and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Houghton and Hunt, JJ. Now published at 153 Wn. App. 281.

[No. 38384-5-II. Division Two. September 22, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. APRIL SUZANNE FRAZIER, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 07-1-00305-7, Christine A. Pomeroy, J., entered September 5, 2008. *Reversed* and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Bridgewater and Armstrong, JJ.

[No. 38626-7-II. Division Two. September 22, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. J.F., *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 08-8-00748-0, Paula Casey, J., entered October 30, 2008. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton and Quinn-Brintnall, JJ.